

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRACI L. JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | |
| | ) | **CV-08-CV-01599-KOB** |
| **FREEDOM RAIN, TLC and** | ) | |
| **BRENDA SPAHN,** | ) | |
| **Defendants.** | ) | |
| | ) | |

## ANSWER

COME NOW Defendants Freedom Rain Ministries and Brenda Spahn in response to the Plaintiff's complaint and state:

1.    Response to Paragraph 1: No response required.

2.    Response to Paragraph 2: The Defendants admit that this Court has jurisdiction.

3.    Response to Paragraph 3: The Defendants admit that venue is proper.

4.    Response to Paragraph 4: Defendant Freedom Rain Ministries admits that the Plaintiff is its former employee. Defendant Spahn denies that the Plaintiff is her former employee.

5.    Response to Paragraph 5: Denied.

6.    Response to Paragraph 6: Defendant Freedom Rain Ministries is a non-profit corporation which operates the Lovelady Center, a Christian, faith-based

facility that houses, feeds and ministers to, *inter alia*, women recently released from prison and to their children.   Denied.

7.      Paragraph 7: Denied.

8.      Response to Paragraph 8: Denied.

9.      Response to Paragraph 9: The Defendants admit that Plaintiff is a former employee of Freedom Rain.

10.     Response to Paragraph 10: The Defendants admit that Plaintiff is a former employee of Freedom Rain.

11.     Response to Paragraph 11: Denied.

12.     Response to Paragraph 12: Denied.

13.     Response to Paragraph 13: Denied.

14.     Response to Paragraph 14: Denied.

15.     Response to Paragraph 15: Denied.

16.     Response to Paragraph 16: Denied.

17.     Response to Paragraph 17: Defendants admit that Defendant Freedom Rain is Christian, faith-based facility that encourages and all persons, including its employees and the women who live in its facility, to pray regularly.

18.     Response to Paragraph 18: See response to Paragraph 17.

19.     Response to Paragraph 19: Denied.

20.     Response to Paragraph 20: Denied.

21. Response to Paragraph 21: Denied.

22. Response to Paragraph 22: Admitted.

23. Response to Paragraph 23: Denied.

24. Response to Paragraph 24: Denied.

25. Response to Paragraph 25: Denied.

26. Response to Paragraph 26: Denied.

27. Response to Paragraph 27: No response required.

28. Response to Paragraph 28: Denied.

29. Response to Paragraph 29: Denied.

30. Response to Paragraph 30: Denied.

Respectfully submitted,

s/ David R. Donaldson
David R. Donaldson (DON 010)
DONALDSON & GUIN, LLC
505 20th Street North, Suite 1000
Birmingham, Alabama  35203
Telephone:  (205) 226-2282
Facsimile:   (205) 226-2357
Email:        DavidD@dglawfirm.com

Attorneys for the Defendants, Freedom Rain
and Brenda Spahn

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2008, the foregoing document has been filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas F. Talty
Thomas Talty & Associates
2015 First Avenue North
Birmingham, AL 35203


s/ David R. Donaldson
OF COUNSEL