# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TRACI L. JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | |
| ) | **CV-08-CV-01599-KOB** |
| **FREEDOM RAIN, TLC and** ) | |
| **BRENDA SPAHN,** ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANTS' RESPONSE IN OPPOSITION TO THE PLAINTIFF'S MOTION TO COMPEL

COME NOW the Defendants Freedom Rain and Brenda Spahn in response to the Plaintiff's Motion to Compel and hereby state:

1. The Defendants have made a good faith effort to reach agreements on discovery matters in an effort to avoid having to take up the Court's time with discovery disputes.

2. The Motion to Compel states that it was filed "as a precaution measure should the Court decided not to grant plaintiff's unopposed motion requesting the Court to extend the discovery deadline by two weeks until June 12…"

3. Since the Court has granted the Plaintiff's motion to extend the deadlines, the motion to compel is presumably moot and due to be denied.

Respectfully submitted,

s/ David R. Donaldson
David R. Donaldson (DON 010)
DONALDSON & GUIN, LLC
505 20th Street North, Suite 1000
Birmingham, Alabama 35203
Telephone: (205) 226-2282
Facsimile: (205) 226-2357
Email: DavidD@dglawfirm.com

Attorneys for the Defendants, Freedom Rain and Brenda Spahn

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2009, the foregoing document has been filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas F. Talty
Thomas Talty & Associates
2015 First Avenue North
Birmingham, AL 35203

s/ David R. Donaldson
OF COUNSEL