

FILED
2009 Jul-13 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| TRACI L. JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | CV-08-CV-01599-KOB |
| FREEDOM RAIN, TLC and BRENDA SPAHN, | ) | |
| Defendants. | ) | |

## DEFENDANTS' SUMMARY JUDGMENT MOTION

Come Now Defendants Freedom Rain and Brenda Spahn pursuant to Rule 56 and move for entry of a Summary Judgment. As grounds, the Defendants state:

1. The pleadings and evidentiary materials filed in support of this Motion demonstrate that there is no genuine issue as to any fact material to the issue whether the Defendants were subject to the overtime provisions of the Fair Labor Standards Act with respect to the Plaintiff.

2. The pleadings and evidentiary materials filed in support of this Motion demonstrate that, as a matter of law, the Plaintiff cannot sustain her burden of proof that she was engaged in interstate commerce or in the production of goods for interstate commerce during the time that the Plaintiff worked at the Lovelady Center while employed by Defendant Freedom Rain.

3. The pleadings and evidentiary materials filed in support of this Motion demonstrate that, as a matter of law, the Plaintiff cannot sustain her burden of proof that the Lovelady Center is an enterprise engaged in interstate commerce or in the production of goods for interstate commerce.

4. In support of this motion, the Defendants submit: (a) the affidavit of Brenda Lovelady Spahn, (b) the affidavit of Melinda MeGahee and attached exhibits, (c) the transcript excerpts from the deposition of Defendant Brenda Lovelady Spahn; and (d) a brief containing, in separately identified sections, a statement of undisputed relevant material facts, a discussion of the relevant legal authorities and copies of the above-described evidentiary materials.

Wherefore, Defendants pray that this Court will enter an Order granting a Summary Judgment.

Respectfully submitted,

s/ David R. Donaldson
David R. Donaldson (DON 010)
DONALDSON & GUIN, LLC
505 20th Street North, Suite 1000
Birmingham, Alabama 35203
Telephone: (205) 226-2282
Facsimile: (205) 226-2357
Email: DavidD@dglawfirm.com

Attorneys for the Defendants, Freedom Rain and Brenda Spahn

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2009, the foregoing document has been filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas F. Talty
Thomas Talty & Associates
2015 First Avenue North
Birmingham, AL 35203

        s/ David R. Donaldson
        OF COUNSEL