FILED
2009 Aug-31  PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

# 2007 TLC
# PROFIT AND LOSS STATEMENT

2:25 PM
04/28/09
Accrual Basis

# The Lovelady Center
# Profit & Loss
### January through December 2007

| | Jan - Dec 07 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| CCP | 2,025.00 |
| Contributions Income | 979,592.71 |
| Federal Clients | 4,990.00 |
| **FleaMarket** | |
| contract labor | -581.00 |
| FleaMarket - Other | 2,003.80 |
| **Total FleaMarket** | 1,422.80 |
| | |
| Food Stamps | 178,262.28 |
| **Fundraising** | |
| Walk-a-Thon | 8,693.03 |
| Fundraising - Other | 5,228.33 |
| **Total Fundraising** | 13,921.36 |
| | |
| **Grant** | |
| Children's Trust Grant | -1,194.84 |
| **Domestic Violence** | |
| Contract Labor | -17,750.00 |
| Domestic Violence - Other | 15,040.00 |
| **Total Domestic Violence** | -2,710.00 |
| | |
| Jefferson County | 10,000.00 |
| Grant - Other | 228,485.50 |
| **Total Grant** | 234,580.66 |
| | |
| Kid zone Income | 180.00 |
| Other Income | 0.00 |
| PDL | 163,101.74 |
| Program Fees | 203,195.75 |
| State of Alabama | 9,670.00 |
| Tasc-Another Chance | 36,470.00 |
| Tasc-CCP | 945.00 |
| TLC Personnel | 66,337.03 |
| Transportation | 25.00 |
| Vending | 9,467.90 |
| **Total Income** | 1,904,187.23 |
| | |
| **Expense** | |
| Advertising | 4,376.08 |
| **Automobile Expense** | |
| Gas | 66,855.20 |
| Insurance | 12,111.46 |
| Repairs | 13,227.18 |

0205

2:25 PM
04/28/09
Accrual Basis

# The Lovelady Center
## Profit & Loss
### January through December 2007

| | Jan - Dec 07 |
|---|---|
| Tag | 285.01 |
| Automobile Expense - Other | 14,030.48 |
| **Total Automobile Expense** | 106,509.33 |
| | |
| Bank Charges | 4,834.87 |
| Cable | 1,529.50 |
| closing cost | 158.80 |
| Contract Labor | 1,049,133.88 |
| Diner | |
|    Contract Labor | 250.00 |
| **Total Diner** | 250.00 |
| | |
| Drug Testing | 13,920.00 |
| Equipment | 164.00 |
| Equipment Rental | 669.57 |
| Fees | 1,072.23 |
| Freedom Rain | 7,500.00 |
| Insurance | 79,251.06 |
| Intrest | 55,950.24 |
| Kid zone | |
|    Contract Labor | 524.00 |
|    Kid zone - Other | 2,139.64 |
| **Total Kid zone** | 2,663.64 |
| | |
| Legal | 10,000.00 |
| Marketing | 10.34 |
| Meals | 109,517.32 |
| Medical | 434.35 |
| Mortgage Expense | 57,001.59 |
| Postage | 3,501.85 |
| Programs | 360.29 |
| Rent | 18,127.66 |
| Repairs | |
|    Fire Security | 4,195.59 |
|    Repairs - Other | 81,924.94 |
| **Total Repairs** | 86,120.53 |
| | |
| Security | 693.20 |
| Service Charge | 2,039.94 |
| Store | |
|    Contract labor | 340.00 |
|    Store - Other | 18,050.48 |
| **Total Store** | 18,390.48 |
| | |
| Supplies | 76,278.41 |

0206

2:25 PM
04/28/09
Accrual Basis

## The Lovelady Center
## Profit & Loss
### January through December 2007

Jan - Dec 07

| | |
|---|---:|
| taxes & license | 568.55 |
| Telephone | 51,718.60 |
| telesales | 896.62 |
| Transfer | 1,800.00 |
| Trash pick-up | 6,663.61 |
| Travel | 170.00 |
| Truck Rental | 516.28 |
| Utilities | |
| Gas | 104,282.70 |
| Power | 198,925.11 |
| Water | 101,897.96 |
| Utilities - Other | 11,500.00 |
| Total Utilities | 416,605.77 |
| | |
| Total Expense | 2,189,398.59 |
| | |
| Net Ordinary Income | -285,211.36 |
| | |
| Net Income | -285,211.36 |

0207

Page 3 of 3