FILED
2009 Aug-31  PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

# TLC PERSONNEL
# JOB PLACEMENT FLOW CHART




0052