FILED
2009 Aug-31 PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT E

# TLC
# CLIENT REPRESENTATIVE BRIDGE

