FILED
2009 Aug-31  PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H

# POLICY & PROCEDURE
# CLIENT (and Intake) REPRESENTATIVE

## Policy & Procedure
## Client (and Intake) Representative

**Position: Client Representative**

**Objective & Responsibility:** Our goal as client representative is to help the ladies to regain stability for a new life. We assist the client on getting things such as ID, birth certificates, social security cards. Also handle any legal issues, court dates, doctor visits and setting goals for each client. Client Reps assist the residents in trying to get their children back into the custody of the mom if possible.

**How to implement responsibilities:**

**Initial Intake:**

When a new client comes in, they are assigned a intake client rep. The intake client rep meets the client immediately upon the clients arrival, if the client comes in outside normal business hours meet them within 1 hour the next business day. Within 48 working week hours of the clients arrival the clients intake package must be completed. This includes assessment, case plan, 5 goals with at least 2 objectives per goal*, class plan, (list forms) . At the end of the intake the client should know what it would take for them to graduate their program.

*the five goals and objectives need to help lay a strong foundation for the client. Example: If the client does not have driver license and it is a reachable goal for them to get them that would be a goal, the objectives would be what it would take for them to get them, example 1. Needs to get SS card, and another form of id. 2. Pay $1200 fines.

**Keeping Attendance on daily basis:**

Each morning the client is to attend morning meditation and the client rep is responsible for checking to make sure each client attends. The client rep is responsible to know where the client is every day and must touch base with each client on a weekly basis to make sure they are having no problems that need to be addressed. They are also to make sure the client is attending all classes and maintaining a job if they have one.

**Class attendance:**

Each new client entering The Lovelady Center Program will be expected to attend Phase 1.
 If they arrive here from Birmingham Work Release with full-time employment they will be excused from Phase 1. However, they must sign up and begin attending a minimum of 2 Phase 2 classes a week. If they are not employed when they arrive they will be expected to attend Phase 1. They will be excused from class if they have an appointment with Job Placement Services or they have an interview for employment.

If they arrive here from LifeTech they will still attend Phase 1 classes. However, they will be excused from classes if they have a job interview or if they are meeting with Job Placement services.
New Intakes will be placed in Phase 2 classes by the Program Director before they are moved to a permanent Client Rep.. These classes are decided on each individual's needs. They are placed in the revolving core classes. I try to place them in classes that are all on 1 day for the purpose of when they find employment they will hopefully be able to ask for a specific day off to attend the required classes. This has been effective in the number of dropped classes. When the new sessions of classes begin on the odd months of the year the client may choose more classes including the elective classes. GED is also a

0044

mandatory class. If they do not have high school diploma or GED then they are automatically placed into the GED classes with Angela Pope within 3 weeks of arriving at TLC.

When we have a new session of classes that are beginning which includes elective classes I will send out a paper with a listing of all classes that we are currently offering to the Client Reps. Also there is a form attached to the new class sign up sheet that tells each client about attendance and that consequences will be enforced from this point forward. Each client and rep needs to sign and date this form. They will pass them out to each of their clients. Clients will then chose which classes they wish to attend and return to their client reps. Client reps will turn into Program Director's office and I will then make a class roster for the teachers.

Each teacher is given a roster daily. We will log the roster when they are returned to us. I will be sending an e-mail to each client rep daily of who did not attend class or if the client is tardy. I am also currently working on a form that if your client does not attend class you must fill out. This form will have client name, client rep, date and time of class missed and what their consequences are. (Consequences may range from extra volunteer hours, loss of Wal-Mart trip on Saturdays, no visitation, no Sunday Pass, returning early from weekend pass. Each client rep will have to determine consequence based on # of times of missed classes for the week.) Each client will need to sign this form along with client rep when consequence is received and again when it is completed. The program Director will need to also sign this form.

**Getting proper identification:**

Clients are set up with an appt at Highland Church, which assist them in the paper work for how to get ID, birth certificate and social security card. The church gives each client the money to get what they need.

**Monthly progress reports:**

The client rep is responsible for making sure the proper person that sent that client here is given a monthly report. The rep is responsible for reporting the client's progress, classes, drug screen results and any incidents that may have occurred.

**Approving Passes:** Client reps need to be selective on allowing clients to on any type of passes, the following are some type of guidelines:

To Go: If clients are scheduled to go to work, have an appointment or need to go somewhere less than 12 hours a need to go pass will be completed. Generally speaking, other than work, clients should not be permitted more than 4 hours on a to go pass. Keep in mind this is a "Need to Go" pass, not "want to go"

Weekend: If clients **are following all rules** and have been residence more than 45 days they are permitted a pass. Have your clients turn the request into to you by Wednesday, then the client rep is required to turn it in to the co-directors office on Thursday morning.

Sunday: If clients are following all the rules they are eligible to leave after Sunday service and return by 5 pm. Have your clients turn the request into to you by Wednesday, then the client rep is required to turn it in to the co-directors office on Thursday morning

**Fees:** It is the client reps responsibility to ensure the client is paying their fees, if they get more than $260 behind a plan needs to be put into action and the accounting department needs to be made aware.

0045

If they are more than $300 behind they get no overnight passes. More than $500 behind no Sunday passes. If more than $600 behind they will need to schedule a meeting with one of the Directors.

**Medical:** Every client is required to visit the medical office the first five days of residency in the building. The Client rep needs to ensure this has happened.

**Education:** All clients are required to be tested the first week they come into the program in the education department. The Education department will email you the recommendations and the plan of action for you to put in their file and help implement.

**Job Placement:** the first two weeks of a client entering the program the client needs to have been in Job Placement to complete all paperwork so they can be finding the client a job, the client rep needs to make sure that is being done.

**Children:** if the clients have children staying more than two days at a time client services needs to have knowledge of that so we can have it properly documented.

**Visitors:** Every client is allotted 5 people who can visit, make drop offs, or pick up the client for pass. Clients need to turn in a "visitor's list" to their client rep. This list needs to include up to five potential visitors over the age of 16. (children 16 years and under do not count as your five visitors, they are allowed anytime) This list can be changed the first of every other month. In addition, we must be notified at least twenty-four hours of any of visitor's coming into this building, this includes drop offs of any kind. IF THEY ARE NOT ON THE DAILY VISITORS SCHEDULE THEY WILL NOT BE ALLOWED IN THE BUILDING. Clients make these arrangements through client rep only.

**Client Rules:** Client reps need to be aware of all client rules, it is up to client reps to ensure they are being followed, if not the client reps will give fair consequences; no passes, no cell phones, no TV, extra chores, etc. If rules are still not followed then further consequences need to be given my executive or assistants directors.

**Counseling:** The client rep needs to make sure every client sees one of our on staff counselors.

**Drug Testing:** It is the client reps responsibility to drug test the clients regularly. The determination of how often is based individually on the clients. Every client needs to be drug tested at least once a month, some will be weekly, or every other week. No client is permitted to leave at anytime without a "clean" drug test.

**Clients Exiting the program:**
Graduates: A client can graduate once completing the program by residing a minimum of 6 months, being drug free for a minimum of four months, current on all fees, and getting all required credits. It is the clients rep responsibility to give name of potential graduate to the program director the Thursday before they are to graduate for certificate and ceremony. Prior to doing so make sure all requirements have been met from Lovelady and outside agencies, such as Judges, court orders, and PO's.

Dismissal: If a client is dismissed it is the client reps responsibility to ensure any third party is notified. Prior to notifying communicate with immediate supervisor.

AWOL: If a client is dismissed it is the client reps responsibility to ensure any third party is notified. Prior to notifying communicate with immediate supervisor.

Leaving: If a client is dismissed it is the client reps responsibility to ensure any third party is notified. Prior to notifying communicate with immediate supervisor.

0046

**Other things to look for:**

- If they have a car they must have proof of insurance.
- Client reps need to check rooms once a week for cleanliness. If not clean warn and return within an allotted time. If still not clean report to executive or assistant offices.

0047