FILED
2009 Aug-31  PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT J

# TLC NOTES TO SOURCES OF INCOME FROM UNIDENTIFIED GRANT REQUEST

## SOURCES OF INCOME

| | Monthly Average |
|---|---:|
| **Contributions** | |
| Individual, Churches, & Other (Note 1)* | $ 8,000 |
| Tithes and offerings (Note 2)* | 1,000 |
| Monthly Pledges (Note 3)* | 2,700 |
| **Grants** | |
| Children's Trust Fund (Note 4)* | 2,500 |
| **Client Fees** | |
| Work Release Program (Note 5)* | 36,372 |
| Program Fee Residents (Note 6) | 43,300 |
| Federal Bureau of Prisons (Note 7)* | 15,600 |
| Community Corrections Program (Note 8)* | 9,000 |
| Intake Assessment (Note 9)* | 5,000 |
| Drug Testing (Note 10)* | 2,500 |
| HIV Testing (Note 11)* | 0 |
| Psycho-Social Assessment (Note 12)* | 1,625 |
| Intensive In-Patient Drug Rehabilitation (Note 13)* | 10,000 |
| Out-Patient Drug Rehabilitation (Note 14)* | 8,000 |
| **Education Department** (Note 15)* | 5,000 |
| **Food Stamps** (Note 16)* | 30,600 |
| **Transportation** (Note 17)* | 18,944 |
| **Kids Zone** | |
| Subsidized (Note 18)* | 17,320 |
| Private (Note 19)* | 4,330 |
| **Lovelady Jobs Deptartment** (Note 20)* | 12,124 |
| **Retail** | |
| Flea Market (Note 21)* | 3,000 |
| In-house Store (Note 22)* | 1,500 |
| Lovelady Diner (Note 23)* | 2,000 |
| Arts & Crafts Dept. (Note 24)* | 0 |
| **Vending** | |
| Laundry (Note 25)* | 1,980 |
| Pay Telephone (Note 26)* | 200 |
| Drink and Snack Machines (Note 27)* | 1,000 |
| | **$ 243,595.00** |

*See pages following for detailed back-up information in each income category.

1253

## **NOTES to Sources of Income**

**Note 1** – Lovelady receives gifts from individual supporters, churches, and groups such as civic clubs. The monthly average is approximately $1200.

**Note 2** – The residents of Lovelady give their own tithes and offerings (from their limited resources). The monthly average is approximately $1000.

**Note 3** – Churches and other groups make long term monthly pledges to Lovelady. Current examples are the monthly commitments of Hillside Baptist ($500), Centercrest Baptist ($400), South Highland Presbyterian ($500), Oak Mountain Presbyterian ($500), Living Word Church ($400), World Outreach Church ($400).

**Note 4** – Several grants have been approved. Currently the Children's Trust Fund has a monthly commitment over the near term to provide $2500 per month.

**Note 5** – The women sent from the Alabama Department of Corrections remit 40% of their paychecks to Lovelady for reimbursement of such costs as food, clothing, utilities, and childcare services. Under this program, each Lovelady generates approximately $485 per month for the Center. The number of women in the Work Release Program are expected to dramatically increase over the next several months as the Department of Corrections has committed to increase the stream of women sent to Lovelady.
Calculation: Assume 75 women @ $8/hour for average 35 hours worked/week of with 4.33 avg. weeks/month x 40% to Lovelady=$36,372/month.

**Note 6** – There are a number of women at Lovelady paying a flat fee of $100 per week to reimburse the Center for expenses as noted in Note 5 above.
Calculation: Assume 100 women @ $100/week with 4.33 avg. weeks/month = $ 43,300/month.

**Note 7** – Lovelady receives $52/day for 90 days from the Federal Bureau of Prisons (BOP) for the women it sends to Lovelady. The Center averages 10 such residents on a rotating basis.
Calculation: 10 Fed. women x $52/day x 30 days = $15,600/month.

**Note 8** – Under the Community Corrections Program, Lovelady receives $15/day from various counties throughout Alabama for those women sent by Circuit Court Judges under an Alternative Sentencing arrangement. The offenses/crimes of these women are not serious enough to warrant going to Tutwiler. It is anticipated that the number of Alternative Sentence residents at Lovelady will dramatically increase during the coming year.
Calculation: Assume 20 CCP residents x $15/day x 30 days/month = $9,000.

**Note 9** – Each new resident pays a $200 admitting fee as an Intake Assessment upon Entering Lovelady. Assume 25 new Lovelady residents each month.
Calculation: $200 x 25 residents = $5,000/month.

**Note 10** – When a Lovelady receives a "Pass" to leave the Center for a few days, then upon their return, the resident is tested for illegal substances at a cost of $10/test. A conservative estimate of the number of Passes issued per month is 250.
Calculation: 250 Passes x $10/cost per test payable to Lovelady = $2,500.

**Note 11** – Lovelady has formally sought the approval of the Jefferson County Department of Health to do HIV testing for Loveladies as well as for local residents in the nearby neighborhood. Lovelady is very encouraged that approval for the testing is pending. Each test is expected to produce $35. Until the approval is granted, no income in the Monthly Budget is shown.

**Note 12** – Each new Lovelady resident is tested at $60/person as a requirement of the State of Alabama Department of Mental Health prior to a person entering a Drug Rehabilitation Program.
Calculation: Assume 25 new residents/month x $60/test = $1,625/month.

**Note 13** – Lovelady has had 60 beds approved by the State of Alabama Department of Mental Health for in-patient drug rehab. The money received from the State is $600/bed for the 90 day treatment. After 45 days, the women can work.
Calculation: $600/bed for 90 days of treatment (i.e., avg. $200 of income/month). 50 avg. residents x $200/month = $10,000.

**Note 14** – Income to Lovelady for providing out-patient drug rehab services is $300 for 45 days of treatment. Thus, the prorated "monthly" income to Lovelady is $200.
Calculation: Assume 40 people per month @ $200/treatment = $8,000/month.

**Note 15** – Lovelady is in the final stages of anticipated approval by the Alabama Department of Post-Secondary Education to conduct vocational training classes at the Center. The average tuition per student is $2,000 which yields net income to Lovelady of approximately $1,000 (after instructors have been paid). A conservative estimate is an average of 10 students/month with a course lasting an average of 8 weeks. It is expected that Lovelady will be able to grow the number of students taking vocational courses at the Center.
Calculation: 10 students x $1,000 net income/student for 2 months = $10,000; Thus, the monthly total should average $5,000.

**Note 16** – Food Stamp income is $153/person/month paid by the Jefferson County Department of Human Resources. If the Lovelady has children, this amount increases. Virtually all Loveladies qualify for food stamps except those with active drug charges and in these cases, the children of the women qualify nonetheless.
Calculation: 200 women @ $153/month = $30,600.

1255

**Note 17** – The fee paid by Loveladies to offset transportation costs is $25/week. This applies to those residents paying the $100/week Program Fee only as well as those in the Work Release Program.
Calculation: 100 Program Fee residents + 75 Work Release residents x $25/week x 4.33 avg. weeks/month = $18,944.

**Note 18** – The State of Alabama pays $100/week for childcare services provided by approved entities for youngsters age 5 and under. Children over 5 years of age generate income of $60/week. The Alabama Department of Human Resources must approve the mothers of the children in order for payment to be remitted to Lovelady. Eligible children for participation in this program are both those of the Lovelady residents as well as those in the nearby neighborhood. It is expected that Lovelady will be able to greatly increase the size of its Day Care operation by recruiting families/children in the nearby neighborhood.
Calculation: 40 children @ $100/week x 4.33 weeks/month = $17,320/month.

**Note 19** – Some area residents who do not qualify for State-subsidized day care services (they exceed minimum income limits), pay Lovelady $100/week for childcare.
Calculation: 10 children avg. x $100/week x 4.33 weeks/month = $4,330/month.

**Note 20** – Lovelady receives an override from employers of an average $2/hour worked for the women in the Work Release Program.
Calculation: Assume 40 avg. women @ 35 hours/week x 4.33 avg. weeks/month x $2/hour override = $12,124/month.

**Note 21** – Lovelady has a structured parking deck attached to the rear of the main building. This structure has been converted into a covered retail space to sell donated goods in a Flea Market setting two days/week. Average monthly income received has been $3,000.

**Note 22** – There is a small in-house retail area just off of and adjacent to the lobby area of Lovelady. The primary customers of this store are the 240+ women and children of Lovelady along with their guests and other visitors. Average monthly income generated is $1,500.

**Note 23** – Residents are able to purchase food prepared in the Lovelady kitchen but not on the stated menu for the day. Income from this service averages 2,000/month.

**Note 24** – Lovelady has an in-house Art Studio. One of the goals for the future is to have the residents create wares which are suitable for sale through gift shops, the Lovelady Flea Market, and other retail outlets. For budget purposes, no income is shown at this time.

n/a

**Note 25** – Lovelady is in a joint venture with a washer/dryer equipment company which furnishes new machines for the residents' use. Average vending income per month is $1,980.

**Note 26** – There are 4 pay telephones located throughout the Lovelady facility for use by the residents. Average monthly income is $200.

**Note 27** – There are approximately 8 drink and snack machines located throughout the Lovelady building for use by the residents. Average monthly income is $1,000.

1257