FILED
2009 Aug-31  PM 04:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT M

# ALA. SECRETARY OF STATE'S CORPORATION DETAILS FOR TLC



Home   Government Records   Corporations   Search   Details

## Corporation Details

| Freedom Rain, Inc. | |
|---|---|
| Corporation Number | 079 - 674 |
| Corporation Type | Domestic Non-Profit |
| Principal Address | BIRMINGHAM, AL |
| Status | Exists |
| Place of Incorporation | Jefferson County |
| Incorporation Date | 1-8-1997 |
| Registered Agent | GREGORY, CECIL L II<br>4717 ALTON CT<br>BIRMINGHAM, AL 35210 |
| Nature of Business | PROVIDE COMMUNITY ASSISTANCE |
| Capital Authorized | |
| Capital Paid In | |
| Incorporators | |
| Incorporator Name | GREGORY, CECIL L II |
| Transactions | |
| Transaction Date | 9-15-2005 |
| Legal Name Changed From | Debt Relief Counseling Service, Inc. |

Browse Results    New Search

P.O. Box 5616
Montgomery, AL 36103-5616

Alabama Directory | Media | Online Services | Alabama.gov
Statements/Policies | Alerts | Survey/Comments | Feeds | Contact Us

Phone: (334) 242-7200
Fax: (334) 242-4993



Home   Government Records   Corporations   Search   **Details**

## Corporation Details

| The Lovelady Center, Inc. ||
|---|---|
| Corporation Number | 570 - 020 |
| Corporation Type | Domestic Non-Profit |
| Principal Address | BIRMINGHAM, AL |
| Status | Exists |
| Place of Incorporation | Jefferson County |
| Incorporation Date | 7-9-2009 |
| Registered Agent | DONALDSON, DAVID<br>505 NORTH 20TH ST STE 1000<br>BIRMINGHAM, AL 35203 |
| Nature of Business | FAITH-BASED WOMEN'S TREATMENT/RECOVERY PROGRAM |
| Capital Authorized | |
| Capital Paid In | |
| Incorporators ||
| Incorporator Name | BAKER, JOYCE |

Browse Results   New Search

P.O. Box 5616
Montgomery, AL 36103-5616

Alabama Directory | Media | Online Services | Alabama.gov
Statements/Policies | Alerts | Survey/Comments | Feeds | Contact Us

Phone: (334) 242-7200
Fax: (334) 242-4993