FILED
2009 Aug-31  PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT O

# TLC GOAL FOR CLIENTS TO PRODUCE ALL THE INCOME THEY CAN FOR TLC

## Financial Department

**Assistant**
- This department is to manage all Accounts Payables and Receivables. To ensure money is coming in and going out accurately.
- Manage and purchase supplies
- Errands
- Sort Mail

**SRP Accounts**
- Maintain accurate balances on all SRP accounts.
- Provide draws.
- Post all payroll checks, and draws.
- Overseeing & Reconciliation of every account.

**Client Fee Status**
- **Client Cost Status**: To ensure that all each client is producing all the income they can for the center.
- **Client Invoices**:
  - Process all Client Invoices
  - Collect Payments
  - Post
  - Provide Accurate Balance Sheets

**Grants**

**Bookkeeping**
- Accountants Payables
- Income reconciliation from all departments
- Balancing Checking Accounts
- Payroll
- Managing & Providing Accurate Financials
- Assisting in Billing 3rd Parties

Responsibilities

0053