IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACI L. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. : |
| ) | CV-08-BE-1599-S |
| FREEDOM RAIN, TLC ) | |
| d/b/a THE LOVELADY CENTER, and ) | |
| ) | |
| BRENDA SPAHN, ) | |
| ) | |
| Defendants. ) | |

## PARTIES' JOINT STATUS REPORT

COME NOW the parties in the above-styled cause, and pursuant to this Court's Order of January 21, 2011, submit the following joint status report.

1. The parties have completed their proposed Settlement Agreement and Release of Claims.

2. The parties are submitting the proposed Settlement Agreement and Release of Claims contemporaneously herewith via electronic mail for review and approval.

3. The parties are of the belief that the proposed settlement is fair and reasonable for all parties involved.

1

Submitted this 10th day of February, 2011.

| ATTORNEY FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| s/Thomas F. Talty | s/David R. Donaldson |
| Thomas F. Talty, Esq. | s/Dawn Stith Evans |
| 2015 First Avenue North | David R. Donaldson, Esq. |
| Birmingham, Alabama 35203 | Dawn Stith Evans, Esq. |
| (205) 458-1111 | Donaldson & Guin, LLC |
| e-mail: taltylaw@bellsouth.net | 505 20th Street North, Suite 1000 |
|  | Birmingham, Alabama 35203 |
|  | (205) 226-2282 |
|  | e-mail: DawnS@dglawfirm.com |
|  | e-mail: Davidd@dglawfirm.com |